# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Andrew J. Halverson
Milling Benson Woodward
P. O. Box 51327
Lafayette LA 70505-1327


**REHEARING ACTION: November 9, 2016**


**Docket Number: 16   00269-CA**

**XXI OIL & GAS, LLC**
**VERSUS**
**HILCORP ENERGY COMPANY**

**Appealed from Lafayette Parish Case No. 20115292**


**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett**
> **Hon. Billy Howard Ezell**
> **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application for

en banc rehearing and/or application for rehearing filed by **Hilcorp Energy Company** have

this day been

> **DENIED.**


cc: Guy Earl Wall, Counsel for the Appellee
    Philip M. Wood, Counsel for the Appellee